UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROADCAST MUSIC, INC.,

                Petitioner,

           -v.-

SIRIUS XM RADIO LLC,

                Respondent.

24 Civ. 6896 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Due to a conflict in the Court's calendar, the conference currently scheduled for December 19, 2024, is hereby ADJOURNED to **December 19, 2024**, at **11:00 a.m.**  As before, the conference will be telephonic.  The dial-in information is as follows:  On December 19, 2024, at 11:00 a.m., the parties shall call (888) 363-4749 and enter access code 5123533.

    SO ORDERED.

Dated:  November 6, 2024
           New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge