# Weil, Gotshal & Manges LLP

BY ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Benjamin E. Marks**
+1 (212) 310-8029
benjamin.marks@weil.com

September 17, 2025

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
49 Foley Square, Room 2103
New York, NY 10007



Re: *Broadcast Music, Inc. v. Sirius XM Radio LLC*, No: 1:24-cv-06896 (S.D.N.Y.)

Dear Judge Failla:

  We write on behalf of Respondent Sirius XM Radio LLC ("Sirius XM") to request the Court seal the incorrectly filed Exhibit E (ECF 46-5) and Exhibit F (EFC 46-6), which were filed as exhibits to Sirius XM's Letter Motion for Local Rule 37.2 Conference Seeking a Motion to Compel filed at ECF 46 ("Sirius XM's Letter Motion").

  The Court granted hearing on Sirius XM's Letter Motion. *See* ECF 47. However, the as-filed Exhibits E and F to Sirius XM's Letter Motion are the incorrect versions of those documents. The as-filed Exhibits E and F inadvertently included attachments to those exhibits that contain confidential information protected under the Stipulation and Protective Order (ECF 41) (the "Protective Order"). In accordance with Section 6 of the Protective Order and Section 21.7 of the Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York, Sirius XM requests that the Court seal Exhibit E (ECF 46-5) and Exhibit F (EFC 46-6). Sirius XM further requests leave to file corrected versions of Exhibit E and Exhibit F without the attachments, which do not bear on the issues in dispute. Proposed corrected versions are attached hereto as Exhibit 1 (corrected Exhibit E) and Exhibit 2 (corrected Exhibit F).

Sincerely,

/s/ *Benjamin E. Marks*
Benjamin E. Marks

cc: All counsel of record (via ECF)

Application GRANTED. Respondent is directed to refile its September 12, 2025 Letter Motion (Dkt. #46) in its entirety, with the corrected exhibits attached.

The Clerk of Court is directed to seal docket entries 46-5 and 46-6.

Further, the Clerk of Court is directed to terminate the pending motion at docket entry 48.

Dated:     September 18, 2025          SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE