# Milbank

**ATARA MILLER**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: 212.530.5421
amiller@milbank.com  |  milbank.com

September 19, 2025



**VIA ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

      Re:    *Broadcast Music, Inc. v. Sirius XM Radio LLC*, No. 1:24-cv-06896

Dear Judge Failla:

      We write on behalf of Petitioner Broadcast Music, Inc. ("BMI"), pursuant to Rule 2.C.i of Your Honor's Individual Rules of Practice in Civil Cases. On September 17, 2025, Your Honor scheduled a discovery conference to address the parties' respective anticipated discovery motions for October 14, 2025. ECF No. 47. The undersigned is lead counsel for BMI and will be observing a Jewish holiday (Shemini Atzeret) on that day. On behalf of BMI, we respectfully request an adjournment of that discovery conference to another date convenient for the Court. Counsel for Respondent Sirius XM Radio LLLC consents to this request.

      We thank the Court for its attention to this matter.

                                        Respectfully submitted,

                                        */s/ Atara Miller*
                                        Atara Miller

cc:      Counsel of Record (via ECF)

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO

Application GRANTED. The discovery conference currently scheduled for October 14, 2025, is hereby ADJOURNED to **October 16, 2025, at 11:00 a.m.** The conference will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 52.

Dated:    September 22, 2025            SO ORDERED.
          New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE