**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BROADCAST MUSIC, INC.,

                    Petitioner,

v.

SIRIUS XM RADIO LLC,

                    Respondent.

No. 1:24-cv-06896-KPF

**AUTHENTICITY STIPULATION AND ORDER**

Broadcast Music, Inc. ("BMI") and Sirius XM Radio LLC ("SiriusXM") (together, the "Parties"), having met and conferred, and upon determining that good cause exists for the foregoing, hereby agree and stipulate as follows:

1.      Subject to the exceptions below, and absent good cause to challenge the authenticity of a particular document, the Parties agree that any document, including any true and correct copy thereof, produced in response to requests for production or a subpoena issued in the above-captioned action (this "Action") shall be deemed authentic under Rule 901 for purposes of this Action, and any appeal of this Action, only.

2.      Good cause shall include, by way of example, issues relating to the completeness of the document (*e.g.*, missing or incomplete pages) or any conditions in the document or the manner in which it was produced that brings into question whether the document was in fact generated by the producing party or the individual noted as the author thereof.

3.      The Parties' agreement in paragraph 1 of this stipulation does not apply to handwritten notes.  If a document produced in this Action bears handwritten notes, the Parties'

1

agreement does not apply to the handwritten portion of the document, but does apply to the remainder of the document.

4.      In the event that a dispute arises regarding the authenticity of a document, the Parties agree to meet and confer in good faith promptly about the authenticity of the document at issue and, if necessary, to expedite the briefing on any related motions.

5.      A party may challenge admissibility of a document subject to this stipulation on authenticity grounds, but solely on a showing of good cause.  For the avoidance of doubt, a party may challenge the admissibility of the documents subject to this stipulation on grounds other than authenticity.

6.      For the avoidance of doubt, this stipulation is applicable only for the purposes of this Action, and any appeal of this Action, and cannot be used for any purpose in any other lawsuit or proceeding.

7.      This Stipulation may be executed in counterparts; facsimile and PDF signatures shall be deemed originals for all purposes.

Dated: April 30, 2026

Respectfully Submitted,

By: */s/ Atara Miller*_____
Scott A. Edelman
Atara Miller
Stephen P. Morgan
Peter Rosania
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Phone: (212) 530-5000
sedelman@milbank.com
amiller@milbank.com

-and-

Pam Schoenfeld
Stuart Rosen
Marion Burke
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Counsel for Petitioner Broadcast Music, Inc.*

By: */s/ Benjamin E. Marks*_____
Benjamin E. Marks
Todd Larson
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue, 32nd Fl.
New York, NY 10153
Phone: (212) 310-8000
Benjamin.Marks@weil.com
Todd.Larson@weil.com

Andrew S. Tulumello (admitted pro hac vice)
Crystal L. Weeks (admitted pro hac vice)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Phone: (202) 682-7516
Fax: (202) 857-0940
Drew.Tulumello@weil.com
Crystal.Weeks@weil.com

*Counsel for Respondent Sirius XM Radio LLC*

Dated:      April 30, 2026
            New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

3