UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROADCAST MUSIC, INC.,<br>Petitioner,<br>-v.-<br>SIRIUS XM RADIO LLC,<br>Respondent. | 24 Civ. 6896 (KPF)<br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court has received the parties' joint letter requesting a bench trial. (Dkt. #72). Upon further discussions with the parties, it is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **January 11, 2027**, at **9:00 a.m.**;
- The parties' Joint Pretrial Order, motions in limine, pretrial memoranda of law, and proposed findings of fact and conclusions of law will be due **December 7, 2026**;
- Any opposition papers will be due **December 14, 2026**; and
- The final pretrial conference will be scheduled for **December 22, 2026**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The parties are instructed to comply with Rule 7 of the Court's Individual Rules of Practice in Civil Cases when submitting their pretrial materials.

SO ORDERED.

Dated: August 25, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge