**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
Phone: +1 212 310 8000
Fax: +1 212 310 8007

VIA ECF AND EMAIL

**Benjamin E. Marks**
+1.212.310.8029
Benjamin.marks@weil.com

November 5, 2026

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

Re: *Broadcast Music, Inc. v. Sirius XM Radio LLC*, No. 1:24-cv-06896 (S.D.N.Y.)

Dear Judge Failla:

On behalf of Respondent Sirius XM Radio LLC ("Sirius XM"), we respectfully submit this letter motion requesting that the Court issue a continuance of all current deadlines and the trial date established in the Court's Scheduling Order (ECF No. 74) and the Third Amended Civil Case Management Plan and Scheduling Order (ECF No. 71) (collectively, the "Scheduling Order"), pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Rule 2.C.i of Your Honor's Individual Rules of Practice in Civil Cases. We met and conferred with counsel for Petitioner Broadcast Music, Inc. ("BMI" and together with Sirius XM, the "Parties") in advance of this submission. BMI appreciates that, for the reasons described below, some adjustment to the current schedule is necessary, and the Parties jointly request a status conference with Court to discuss a new schedule. This is the Parties' fourth request for the modification of case deadlines.

On October 28, 2026, Weil, Gotshal & Manges LLP ("Weil") the law firm that has represented Sirius XM throughout this proceeding, announced its intention to wind down its operations. The announcement to dissolve the partnership followed a rapid series of developments, including unsuccessful efforts to find an alternative to dissolution on an extraordinarily compressed time frame. The events over the last week have introduced a considerable degree of disruption and uncertainty as to make it impossible for Sirius XM to meet the current deadlines and give the various pre-trial filings and trial preparations the attention they require. As part of the wind down, Weil personnel are in the unexpected position of needing to devote significant attention to orderly transitions of matters to new firms in a short period of time. All members of the Weil team representing Sirius XM in this matter—including partners, counsel, associates, and paralegals and other support staff—are adapting to the changing environment, and while the undersigned counsel's personal preference would

be to continue practicing law with all of the other members of the team, some of whom live and work in a different city, that may not be possible. We do not presently know where any of us will next be employed.[1]

As part of contingency planning, Sirius XM promptly retained a second team of attorneys, engaging lawyers from the King & Spalding ("K&S") law firm late last week. While several members of the K&S team have experience handling rate-setting proceedings adverse to BMI and other performing rights organizations, the K&S team cannot feasibly absorb the entire record—including extensive fact and expert discovery—that has been developed over the last two-plus years of this litigation in time to meet the current pre-trial deadlines and prepare for trial on the current schedule. As a result, whether at least some members of the Weil team will be able to continue to work on this matter with K&S in the coming weeks and months, or whether the K&S team takes over the matter entirely, Sirius XM respectfully submits that good cause exists for a continuance of all current deadlines and the trial date.

We sincerely appreciate the Court's consideration of this request given the truly extraordinary circumstances at Weil, and we are available for a status conference at the Court's convenience to discuss a new schedule that would accommodate everyone's other trial commitments and witness availability.

Respectfully submitted,

*/s/ Benjamin E. Marks*

Benjamin E. Marks

cc: Counsel of record

---

[1] The undersigned counsel will promptly provide a declaration in support of this letter motion if the Court would find that helpful.

The Court thanks Respondent for the status update, and appreciates the extraordinariness of its situation. In light of Respondent's letter, the Court hereby ORDERS the parties to attend a telephonic pretrial conference on **November 9, 2026**, at **3:30 p.m.** At the designated time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 87.

Dated: November 5, 2026
New York, New York

SO ORDERED.



HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE